FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 SEP -2 AM 9: 34

OFFICE OF THE CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) 8:05MJ173 |
| GERALD BURT COTTIER, | ) |
| Defendant. | ) |

ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal (Filing No. ___) in the above-captioned case be granted as requested.

DATED this 2nd day of September, 2011.

_____
THOMAS D. THALKEN
United States Magistrate Judge

1 copy to USA